# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-22109-CMB |
| | : | |
| Kimberly Anne Lytle, | : | CHAPTER 7 |
| Debtor | : | |
| | : | |

### PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**August 17, 2023**

**August 31, 2023**

**September 14, 2023**

**September 28, 2023**

**Next Payment Advice Expected (post-filing):**

**October 12, 2023**

K.D.

# LYTLE, KIMBERLY

JEREMIAH BONDRA DMD PC
214 W Grandview Ave
Zelienople PA  16063

1400-8551
EE ID: DD

KIMBERLY A LYTLE
223 DIVISION AVENUE
ELLWOOD CITY PA  16117

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION

Kimberly A Lytle
223 Division Avenue
Ellwood City, PA  16117
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 2

**Pay Period:** 07/31/23 to 08/13/23
**Check Date:** 08/17/23    **Check #:** 12749

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 616 | 1702.66 | 28257.58 |
| Chkg 316 | 0.00 | 1337.30 |
| **NET PAY** | **1702.66** | **27594.88** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 80.0000 | 27.0000 | 2160.00 | 1220.4700 | 32542.01 |
| | | Overtime | 1.8500 | 40.5000 | 74.93 | 1.8500 | 74.93 |
| | | Bonus | | | | 15.0000 | 578.00 |
| | | Miscellaneous | | | | 2.0000 | 154.00 |
| | | Vacation | | | | 99.0000 | 2641.00 |
| | | **Total Hours** | 81.8500 | | | 1338.3200 | |
| | | **Gross Earnings** | | | 2234.93 | | 35989.94 |
| | | **Total Hrs Worked** | 81.8500 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 138.57 | 2231.38 |
| | Medicare | | 32.40 | 521.85 |
| | Fed Income Tax | MWS 0 | 266.78 | 4117.83 |
| | PA Income Tax | | 68.61 | 1104.89 |
| | PA Unemploy | | 1.56 | 25.21 |
| | PA LZELI-But LST | | 2.00 | 34.00 |
| | PA ZLNPL-But Inc | | 22.35 | 359.90 |
| | **TOTAL** | | 532.27 | 8395.06 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **1702.66** | **27594.8** |

JEREMIAH BONDRA DMD PC
214 W Grandview Ave
Zelienople PA  16063

14003987
EE ID: 2        DD

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

NON-NEGOTIABLE

KIMBERLY A LYTLE
223 DIVISION AVENUE
ELLWOOD CITY PA  16117

## PERSONAL AND CHECK INFORMATION

Kimberly A Lytle
223 Division Avenue
Ellwood City, PA  16117
**Soc Sec #:** xxx-xx-xxxx        **Employee ID:** 2

**Pay Period:** 08/04/23 to 08/17/23
**Check Date:** 08/31/23    **Check #:** 12757

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 616 | 1825.75 | 28083.33 |
| Chkg 316 | 0.00 | 1337.30 |
| **NET PAY** | **1825.75** | **29420.63** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 78.5500 | 27.0000 | 2120.85 | 1299.0200 | 34662.86 |
| | | Overtime | | | | 1.8500 | 74.93 |
| | | Bonus | | | 300.00 | 15.0000 | 878.00 |
| | | Miscellaneous | | | | 2.0000 | 154.00 |
| | | Vacation | | | | 99.0000 | 2641.00 |
| | | **Total Hours** | 78.5500 | | | 1416.8700 | |
| | | **Gross Earnings** | | | 2420.85 | | 38410.79 |
| | | **Total Hrs Worked** | 78.5500 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 150.09 | 2381.47 |
| | Medicare | | 35.11 | 556.96 |
| | Fed Income Tax | MWS 0 | 307.68 | 4425.51 |
| | PA Income Tax | | 74.32 | 1179.21 |
| | PA Unemploy | | 1.69 | 26.90 |
| | PA LZELI-But LST | | 2.00 | 36.00 |
| | PA ZLNPL-But Inc | | 24.21 | 384.11 |
| | **TOTAL** | | 595.10 | 8990.16 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1825.75** | **29420.63** |

JEREMIAH BONDRA DMD PC
214 W Grandview Ave
Zelienople PA  16063

1400-991
EE ID: 2            DD

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

KIMBERLY A LYTLE
223 DIVISION AVENUE
ELLWOOD CITY PA  16117

## PERSONAL AND CHECK INFORMATION

Kimberly A Lytle
223 Division Avenue
Ellwood City, PA  16117
**Soc Sec #:** xxx-xx-xxxx        **Employee ID:** 2

**Pay Period:** 08/28/23 **to** 09/10/23
**Check Date:** 09/14/23    **Check #:** 12765

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| Check Amount | 0.00 | 0.00 |
| Chkg 616 | 1653.04 | 29736.37 |
| Chkg 316 | 0.00 | 1337.30 |
| **NET PAY** | **1653.04** | **31073.67** |

### EARNINGS

| | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HRS/UNITS | YTD ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Regular | 80.0000 | 27.0000 | 2160.00 | 1379.0200 | 36822.86 |
| | | Overtime | | | | 1.8500 | 74.93 |
| | | Bonus | | | | 15.0000 | 878.00 |
| | | Miscellaneous | | | | 2.0000 | 154.00 |
| | | Vacation | | | | 99.0000 | 2641.00 |
| | | **Total Hours** | 80.0000 | | | 1496.8700 | |
| | | **Gross Earnings** | | | 2160.00 | | 40570.79 |
| | | **Total Hrs Worked** | 80.0000 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- | --- |
| Social Security | | 133.92 | 2515.39 |
| Medicare | | 31.32 | 588.28 |
| Fed Income Tax | MWS 0 | 250.30 | 4675.81 |
| PA Income Tax | | 66.31 | 1245.52 |
| PA Unemploy | | 1.51 | 28.41 |
| PA LZELI-But LST | | 2.00 | 38.00 |
| PA ZLNPL-But Inc | | 21.60 | 405.71 |
| **TOTAL** | | 506.96 | 9497.12 |

| | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| **NET PAY** | **1653.04** | **31073.67** |

JEREMIAH BONDRA DMD PC
214 W Grandview Ave
Zellenople PA  16063

1400-8951
EE ID: 2          DD

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

NON-NEGOTIABLE

NON-NEGOTIABLE

KIMBERLY A LYTLE
223 DIVISION AVENUE
ELLWOOD CITY PA  16117

**PERSONAL AND CHECK INFORMATION**

Kimberly A Lytle
223 Division Avenue
Ellwood City, PA  16117
**Employee ID:** 2

**Pay Period:** 09/11/23 to 09/24/23
**Check Date:** 09/28/23   **Check #:** 12773

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 781 | 1669.52 | 1669.52 |
| Chkg 616 | 0.00 | 29736.37 |
| Chkg 316 | 0.00 | 1337.30 |
| **NET PAY** | **1669.52** | **32743.19** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | 79.0700 | 27.0000 | 2134.89 | 1458.0900 | 38957.75 |
| | | Overtime | | | | 1.8500 | 74.93 |
| | | Bonus | | | 50.00 | 15.0000 | 928.00 |
| | | Miscellaneous | | | | 2.0000 | 154.00 |
| | | Vacation | | | | 99.0000 | 2641.00 |
| | | **Total Hours** | 79.0700 | | | 1575.9400 | |
| | | **Total Hrs Worked** | 79.0700 | | | | |
| | | **Gross Earnings** | | | 2184.89 | | 42755.68 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 135.46 | 2650.85 |
| | Medicare | | 31.68 | 619.96 |
| | Fed Income Tax | MWS 0 | 255.77 | 4931.58 |
| | PA Income Tax | | 67.08 | 1312.60 |
| | PA Unemploy | | 1.53 | 29.94 |
| | PA LZELI-But LST | | 2.00 | 40.00 |
| | PA ZLNPL-But Inc | | 21.85 | 427.56 |
| | **TOTAL** | | 515.37 | 10012.49 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **1669.52** | **32743.19** |

Payrolls by Paychex, Inc.

**0046 1400-8551**  Jeremiah Bondra DMD PC • 214 W Grandview Ave • Zellenople PA  16063 • (724) 452-7960