Certificate Number: 03088-PAW-DE-037898095

Bankruptcy Case Number: 23-22109



03088-PAW-DE-037898095

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 31, 2023, at 11:16 o'clock AM CDT, Kimberly Anne Lytle completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  October 31, 2023

By:  /s/Tina R. Boydston

Name:  Tina R. Boydston

Title:  Supervisor